RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
AUG 15 2024
DANIEL J. McCOY, CLERK
BY: _____CW_____

Expedite

To

Honorable Judge
United States District Court
Western District Of Louisiana
Alexandria Division

RE: Ahmed V. Warden

Honorable Judge,

I, Arafat Ahmed, A #220483420 filling a new petition a writ of hebeas corpus, a complaint by prisoner under 28 U.S.C. § 1331 and a application to proceed in forma pauperis. I tried to get sign from an authorized account officer but I failed. They denied to sign the prisoner certificate and they provided me a copy of previous prisoner certificate with statement. And they said me not to send any further request to them to completed the form. They also said me that they give this certificate only one time.

My rights have been severely violated in this dentention, this facility is not providing me necessary medical treatment care for my chronic health conditions. And Also not providing me my religious dietary food. Therefore I request your honour to grant my petition for a write of hebeas Corpus,

a complaint by prisoner under 28 U.S.C §1331 and my application to proceed informa pauperis.

Thank You very much for your ~~conter~~ consideration of my request. I look forward from hearing from you shortly.

08/13/2024

Respectfully Submitted

Arafat Ahmed
A# 220 483 420