From

Arafat Ahmed
A# 220483420
Winn Correctional Center
560 Gum Springs Road
Winnfield, LA 71483



Legal Mail

SHREVEPORT LA 710
WFD 14 AUG 2024 PM

X-RAYED

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AUG 1 5 2024

DANIEL J. McCOY, CLERK
BY: CW

To

Clerk, United States District Court
Western District of Louisiana
Tom Stagg United States Court House
300 Fannin St., Suite-1167
Shreveport, Louisiana 71101-3083

