UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **ARAFAT AHMED #A220-483-420** | **CIVIL DOCKET NO. 1:24-1111 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN** | **MAG. JUDGE PEREZ-MONTES** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 22] having been considered, along with the Objection [Doc. No. 23] filed by Plaintiff Arafat Ahmed ("Ahmed") and after a *de novo* review of the record, agreeing with the findings of the magistrate judge under applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that because Ahmed does not allege a viable constitutional claim for property loss or the denial of equal protection, the claims against Officer Timms and the Warden [Doc. Nos. 1, 16] are **DISMISSED WITH PREJUDICE**. Ahmed's claims of medical care deprivation against Nurses Paula Gates, Kim Fannin, and Ali Higgins, and his failure to protect claim against Officer Sherman, will be addressed separately.

**MONROE, LOUISIANA**, this 11th day of March 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE