**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**ARAFAT AHMED #A220-483-420**   **CASE NO.  1:24-CV-01111 SEC P**

**VERSUS**   **JUDGE TERRY A. DOUGHTY**

**WARDEN ET AL**   **MAGISTRATE JUDGE PEREZ-MONTES**

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 54], after an independent review of the record, no objections thereto have been filed, and after determining that the findings are correct under the applicable law,

**IT IS ORDERED** that the Motion for Default [Doc. No. 41] filed by *pro se* Plaintiff, Arafat Ahmed ("Plaintiff"), is **DENIED**.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion to Dismiss [Doc. No. 50] filed by Defendant, Ali Higgs, is **GRANTED**, and Plaintiff's Complaint and Amended Complaint [Doc. Nos. 1, 16] are **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41 and Local Rule 41.3.

MONROE, LOUISIANA, this 5th day of May 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE